United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| KAMILAH JOHNSON, individually and as next friend of M.J., a minor, Plaintiff, | § § § § § § § | CIVIL ACTION NUMBER 4:26-cv-02954 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, TEXAS, *et al*, Defendants. | § § § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Kamilah Johnson, individually and as next friend of M.J., proceeds here *pro se*. She brings numerous claims against twenty-five Defendants related to actions allegedly taken after her son's birth. Dkt 1. Plaintiff moved for an emergency temporary restraining order and to transfer venue. Dkts 3 & 4.

The matter was referred for disposition to Magistrate Judge Peter Bray. Dkt 11. He issued a Memorandum and Recommendation recommending that the motion for TRO be denied because Plaintiff failed to comply with the requirements for *ex parte* TRO under Federal Rule of Civil Procedure 65(b)(1). Dkt 8 at 2–3. He also denied without prejudice the motion to transfer venue to the Western District of Texas because Plaintiff failed to show good cause in that regard. Id at 3–6.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 8.

The motion by Plaintiff Kamilah Johnson for emergency temporary restraining order is DENIED. Dkt 3.

Further order on the motion by Plaintiff Kamilah Johnson to transfer venue doesn't appear to be necessary. But to any extent appropriate, the motion is also DENIED WITHOUT PREJUDICE. Dkt 4.

SO ORDERED.

Signed on ___June 01, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2